THIS OPINION HAS NO
 PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Donald Scott
 Jones, Appellant.
 
 
 

Appeal From Cherokee County
J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No. 2011-UP-287   
 Submitted June 1, 2011  Filed June 13,
2011

AFFIRMED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief
 Deputy Attorney General John W. McIntosh, Assistant Attorney General Salley W.
 Elliot, and Senior Assistant Attorney General Harold M. Coombs, Jr., all of
 Columbia; and Solicitor Barry Barnette, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Donald Scott Jones appeals his conviction of assault
 and battery with intent to kill.  He argues the trial court erred in denying
 his motion for a jury charge regarding the defense of others because the record
 contained evidence he feared the victim of his assault was attacking a friend. 
 We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Douglas
 v. State, 332 S.C. 67, 73, 504 S.E.2d 307, 310 (1998) ("The law to be
 charged is determined from the evidence presented at trial.") (citation
 omitted); State v. Starnes, 340 S.C. 312, 322-23, 531 S.E.2d 907, 913
 (2000) (stating that to be entitled to a charge on the defense of others, the
 record must contain evidence (1) "the defendant was indeed lawfully
 defending" a "friend, relative, or bystander" and (2) "that
 friend, relative, or bystander would likewise have the right to take the life
 of the assailant in self-defense") (citations and internal quotation
 marks omitted) (emphasis added).
AFFIRMED.
HUFF,
 WILLIAMS, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.